IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ANTONIA GARCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SURFSIDE PRODUCTS, INC., et al., <br><br> Defendants. | Civil No. 08-3180-RMB-AMD |

### SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel at the initial scheduling conference pursuant to Rule 16, Federal Rules of Civil Procedure on August 5, 2008; and the Court noting the following appearances:  Annie B. Smith, Esquire, and Stephanie Hosea, Esquire, appearing on behalf of the plaintiffs; Robyn L. Aversa, Esquire, appearing on behalf of the defendant Surfside Products, Inc.; and Robert C. Nagle, Esquire, appearing on behalf of the defendant Cape May Foods, Inc.; and for good cause shown:

IT IS this **6th** day of **August 2008**, hereby **ORDERED**:

1.  Counsel shall make Fed. R. Civ. P. 26(a) disclosures on or before **August 29, 2008**.

2.  The time within which to seek amendments to the pleadings or to add new parties will expire on **January 30, 2009**.

3.  Pretrial factual discovery is hereby extended to **March 31, 2009**.  All pretrial discovery shall be concluded by that date.  All discovery motions and applications pursuant to L. Civ. R. 37.1(a)(1) shall be made returnable before the expiration of pretrial factual discovery.

4.  **Depositions**.  All depositions are to be conducted in accordance with the procedures set forth in the order of Judge Gawthrop, in Hall v. Clifton Precision, 150 F.R.D. 525 (E.D.Pa. 1993).

       5.  Any motion for class certification shall be filed with the Clerk of the Court no later than **January 30, 2009.**

       6.  <u>**Dispositive Motions**</u>.  Dispositive motions shall be filed with the Clerk of the Court no later than **April 30, 2009.**  Opposition to the motion should be served in a timely fashion.  Counsel are to follow L. Civ. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice - Generally).

       7.  The Court will conduct an in-person status conference on <u>**October 30, 2008 at 2:30 P.M.**</u>.

       8.  Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under Fed. R. Civ. P. 16(b), and whether adversary counsel agree with the application.  The schedule set herein will not be extended unless good cause is shown.

       9.  **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER Fed. R. Civ. P. 16(f).**

                                      <u>s/ Ann Marie Donio</u>
                                      ANN MARIE DONIO
                                      United States Magistrate Judge

cc:   Hon. Renée Marie Bumb