# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTONIA GARCIA, LUIS SUAREZ, SATURNINO MORALES and ELENA HERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SURFSIDE PRODUCTS, INC., SURFSIDE PRODUCTS, LLC, PREMIER LABOR RESOURCES, LLC, MARLON NUFABLE, OTONIEL VAZQUEZ SANCHEZ, JOHN DOES 1-5, and ABC CORPORATIONS 1-5,<br><br>Defendants. | Case No.: 1:08-cv-03180 (RMB)<br><br>Civil Action<br><br>**ORDER ON MOTION FOR A 30 DAY EXTENSION ON PERIOD FOR PAYMENT OF CLASS MEMBERS** |

## ORDER ON MOTION FOR A 30 DAY EXTENSION ON PERIOD FOR PAYMENT OF CLASS MEMBERS

Plaintiffs, by counsel, have moved this Court for an order to extend the time for claims payment period for the class action for 30 days to August 20, 2011. For good cause shown, this Court grants a 30 day extension for the claims payment period from July 20, 2011 to August 20, 2011.

_____
United States District Judge

Date: July 21, 2011